# PHASE 1

# VERDICT FORM A

# COMPENSATORY CLAIMS

Note: Complete the form by writing in the names required by your verdict.

1. On the claim of Plaintiffs for compensatory damages for fatal injuries to Beverly Garrett, Beulah Hunter and Elois Jeans and against Defendant Pro Logistics, Inc. as submitted under Instruction Number 17, we, the undersigned jurors, find in favor of:

_____plaintiffs_____
(Plaintiffs)

2. On the claim of Plaintiffs for compensatory damages for fatal injuries to Beverly Garrett, Beulah Hunter and Elois Jeans and against Trucker's Plus HR as submitted under Instruction 18, we, the undersigned jurors in favor of:

_Plaintiffs_____

(Plaintiffs)                OR                (Trucker's Plus HR)

3. On the claim of Plaintiffs for compensatory damages for fatal injuries to Beverly Garrett, Beulah Hunter and Elois Jeans and against Logistics Insight Corp. as submitted under Instruction 19, we, the undersigned jurors in favor of:

_plaintiffs_____

(Plaintiffs)                OR                (Logistics Insight Corp.)

**ORIGINAL**

*Sharon Brady*
foreman

Note: Complete the following paragraph:

We, the undersigned jurors, assess the compensatory damages of Plaintiffs for fatal injuries to Beverly Garrett under Instruction 20 for compensatory damages at $ __8 million dollars__ (stating the amount).

Note: Complete the following paragraph:

We, the undersigned jurors, assess the compensatory damages of Plaintiffs for fatal injuries to Beulah Hunter under Instruction 21 for compensatory damages at $ __3 million dollars__ (stating the amount).

Note: Complete the following paragraph:

We, the undersigned jurors, assess the compensatory damages of Plaintiffs for fatal injuries to Elois Jeans under Instruction 22 for compensatory damages at $ __4 million dollars__ (stating the amount).

## AGGRAVATING CIRCUMSTANCES

1. We, the undersigned jurors, find Defendant **Pro Logistics, Inc.** __"is"__ liable under Instruction 23 for damages for aggravating circumstances. ("is" or "is not")

2. We, the undersigned jurors, find Defendant **Central Transport, Inc.** __"is"__ liable under Instruction 24 for damages for aggravating circumstances. ("is" or "is not")

*Sharon Brady*
Foreman

## PHASE 1

## VERDICT B

Note: Complete this form if fault is to be apportioned.

On the claims between Defendants for assessment of the proportions of fault for compensatory damages assessed in Verdict A, we, the undersigned jurors, find:

Note: Complete by writing in the percentage of the relative fault for each party you believe to be at fault. If you believe a party named below is not at fault, write in "zero" for that percentage. The total of the percentages you assess must equal 100%.

Pro Logistics, Inc. is ~~8~~ [SB ERROR] % at fault. 30%

Trucker's Plus HR is  8  % at fault.

Logistics Insight Corp. is  62  % at fault.

Foreperson  *Sharon Brady*

Dated:  4/23/08