IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JAMES GARRETT, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No.: 06-CV-4137-NKL ) (Consolidated with Case Nos.: 06-CV-0785, 06-CV-4139, 06-CV-4209 |
| GEORGE MARTIN ALBRIGHT, JR., et al., | ) and 06-CV-4237) ) ECF ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS *WITH* PREJUDICE

Plaintiffs Theotis Casey and Deborah Casey, and Defendants Trucker's Plus HR, a division of American Staffing Resource, Ltd., Resolve Staffing, Inc. and George M. Albright, Jr., by and through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41, hereby stipulate that case ultimately styled *Theotis Casey, et al. v. George Martin Albright, Jr., et al.*, Case No. 06-CV-4209, United States District Court for the Western District of Missouri, Central Division, along with any other outstanding claims, cross-claims, counter-claims or third-party claims, may be dismissed *with* prejudice against Defendants Trucker's Plus HR, a division of American Staffing Resource, Ltd., Resolve Staffing, Inc. and George M. Albright, Jr.

1

| | |
|---|---|
| THE HENNING LAW FIRM, P.C. | ARMSTRONG TEASDALE LLP |
| By: /s/ R. Denise Henning<br>R. Denise Henning  MO #43327<br>Jeff R. Scurlock  MO #48310<br>denise@henninglawpc.com<br>jeff@henninglawpc.com<br>1044 Main, Suite 500<br>Kansas City, Missouri 64105<br>(816) 221-8442<br>(816) 221-8449 (facsimile)<br><br>**ATTORNEYS FOR PLAINTIFFS THEOTIS CASEY AND DEBORAH CASEY**<br><br>LEONATTI & BAKER, P.C.<br><br>By: /s/ Louis J. Leonatti<br>Louis J. Leonatti  MO #24011<br>lou@leonatti-baker.com<br>P.O. Box 758<br>Mexico, Missouri 65265<br>(573) 581-2211<br>(573) 581-6577 (facsimile)<br><br>**ATTORNEY FOR DEFENDANT GEORGE M. ALBRIGHT, JR.** | By: /s/ Carlton D. Callenbach<br>Lynn W. Hursh  MO #38653<br>Tyson H. Ketchum  MO #50426<br>Carlton D. Callenbach  MO #53119<br>lhursh@armstrongteasdale.com<br>tketchum@armstrongteasdale.com<br>ccallenbach@armstrongteasdale.com<br>2345 Grand Boulevard, Suite 2000<br>Kansas City, Missouri 64108<br>(816) 221-3420<br>(816) 221-0786 (facsimile)<br><br>and<br><br>J. Kent Lowry  MO #26564<br>klowry@armstrongteasdale.com<br>3405 West Truman Boulevard<br>Suite 210<br>Jefferson City, Missouri 65109<br>(573) 636-8394<br>(573) 636-8457 (facsimile)<br><br>**ATTORNEYS FOR DEFENDANTS TRUCKER'S PLUS HR, A DIVISION OF AMERICAN STAFFING RESOURCE, LTD., AND RESOLVE STAFFING, INC.** |

## CERTIFICATE OF NOTIFICATION

     The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed, and notification of such filing was made by the Court via E-mail to all counsel electronically registered with the Court, on this 15th day of May, 2008.

                                        /s/ Carlton D. Callenbach
                                        Attorney for Defendants Trucker's Plus HR, a division of American Staffing Resource, Ltd., and Resolve Staffing, Inc.

3

Case 2:06-cv-04137-NKL   Document 825   Filed 05/15/08   Page 3 of 3